```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
iGEM COMMUNICATIONS LLC,                :
                                        :
                    Plaintiff,          :         24cv5649 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
MAG DS CORP.,                           :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    On September 6, 2024, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

    ORDERED that plaintiff shall file any amended complaint by **September 27, 2024**.  It is unlikely that plaintiff will have a further opportunity to amend.

    IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **September 27, 2024**.  Defendant's reply, if any, shall be filed by **October 11**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for October 4, 2024 is adjourned <u>sine die</u>.

Dated:   New York, New York
         September 10, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge

2