```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
iGEM Communications LLC,                 :     24cv5649 (DLC)
                                         :
                                         :          ORDER
                      Plaintiff,         :
                                         :
         -v-                             :
                                         :
MAG DS Corp.,                            :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 6, 2024, the defendant filed a motion to dismiss the original complaint in this action pursuant to Rule 12(b)(1) and 12(b)(6), Fed. R. Civ. P. An Order of September 10 directed the plaintiff to file any amended complaint by September 27 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on September 26. Accordingly, it is hereby

ORDERED that the defendant's September 6, 2024 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **October 17, 2024**. If the defendant renews its motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **October 31**. The defendant shall file any reply by **November 7**. At the time any reply is filed, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 30, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge