UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
iGEM COMMUNICATIONS LLC d/b/a         :
GLOBALGIG, A TEXAS LLC,               :    24cv5649 (DLC)
                                      :
                         Plaintiff,   :    ORDER
                                      :
            -v-                       :
                                      :
MAG DS CORP. d/b/a MAG AEROSPACE,     :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    The defendant's October 17, 2024 motion to dismiss having been denied in part on December 18, it is hereby

    ORDERED that a conference shall be held in this case on January 8, 2025 at 3:00 PM in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:    New York, New York
           December 18, 2024

                                      _____
                                          DENISE COTE
                              United States District Judge