UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
iGEM COMMUNICATIONS LLC d/b/a        :        24cv5649 (DLC)
GLOBALGIG, A TEXAS LLC,              :
                                     :          ORDER
                        Plaintiff,   :
                                     :
           -v-                       :
                                     :
MAG DS CORP. d/b/a MAG AEROSPACE,    :
                                     :
                        Defendant.   :
                                     :
------------------------------------ X
                                     :
MAG DS CORP. d/b/a MAG AEROSPACE,    :
                                     :
           Counterclaim Plaintiff,   :
                                     :
           -v-                       :
                                     :
iGEM COMMUNICATIONS LLC d/b/a        :
GLOBALGIG, A TEXAS LLC,              :
                                     :
           Counterclaim Defendant.   :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    An Order of May 19, 2025 instructed the parties to express

their preference as to whether trial should be held in August or

September 2025.  Consistent with the parties' request in a

letter of May 23, it is hereby

    ORDERED that this case will proceed to a jury trial on

September 29, 2025 at 9:30 a.m. in Courtroom 18B at the United

States Courthouse, 500 Pearl Street, New York, New York.  The

parties shall refer to the Order of January 14 and the Court's

Individual Practices in Civil Cases for the rules and procedures to govern the trial.

Dated:    New York, New York
          May 28, 2025

                                    _____
                                         DENISE COTE
                              United States District Judge