```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
iGEM COMMUNICATIONS LLC d/b/a             :   24cv5649 (DLC)
GLOBALGIG, A TEXAS LLC,                   :
                                          :          ORDER
                      Plaintiff,          :
           -v-                            :
                                          :
MAG DS CORP. d/b/a MAG AEROSPACE,         :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
                                          :
MAG DS CORP. d/b/a MAG AEROSPACE,         :
                                          :
           Counterclaim Plaintiff,        :
                                          :
           -v-                            :
                                          :
iGEM COMMUNICATIONS LLC d/b/a             :
GLOBALGIG, A TEXAS LLC,                   :
                                          :
           Counterclaim Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Trial is scheduled to begin on September 29, 2025, with the Joint Pretrial Order due July 25, 2025. It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 11, 2025**. If no such application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          June 26, 2025

_____
DENISE COTE
United States District Judge