```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
iGEM COMMUNICATIONS LLC d/b/a         :      24cv5649 (DLC)
GLOBALGIG, A TEXAS LLC,               :
                                      :             ORDER
                         Plaintiff,   :
              -v-                     :
                                      :
MAG DS CORP. d/b/a MAG AEROSPACE,     :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
                                      :
MAG DS CORP. d/b/a MAG AEROSPACE,     :
                                      :
                Counterclaim Plaintiff,:
                                      :
              -v-                     :
                                      :
iGEM COMMUNICATIONS LLC d/b/a         :
GLOBALGIG, A TEXAS LLC,               :
                                      :
               Counterclaim Defendant.:
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Trial was scheduled to begin on September 29, 2025. An Order of June 26 dismissed this action in light of the parties' settlement and stated that the dismissal was with prejudice if no application to restore the action would be made by July 11. On July 8, the parties requested an extension of the deadline to apply to restore the case, or, alternatively, that the case be restored and set for trial next year. An Order issued the same day denied those requests. Because that application to restore

the action was denied and no further application to restore the action has been made, it is hereby

ORDERED that the dismissal of this action is with prejudice.

Dated:    New York, New York
         July 18, 2025

                                              DENISE COTE
                                   United States District Judge